IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF:** | : CIVIL ACTION NO. 12-910 :  |
| James Albert D'Angelo, Sr., and | : Bankruptcy No. 11-14926 |
| Carolyn Marie D'Angelo | : Adversary No. 11-00744 |

# O R D E R

**AND NOW**, this 7th day of August, 2012, upon consideration of Debtors' Brief in Support of Debtors' Appeal of Bankruptcy Court Order Granting J.P. Morgan Fees Under 28 U.S.C. § 1447(c) (Document No. 9, filed March 13, 2012) and the related filings, Appellee's Motion to Dismiss Appeal (Document No. 3, filed March 2, 2012) and Appellants' Response and Countermotion for Sanctions to Appellee's Motion to Dismiss Appellants' Appeal (Document No. 12, filed March 27, 2012), and Appellee's Motion for Sanctions (Document No. 4, filed March 2, 2012) and Appellants' Response and Countermotion to Appellees' Motion for Sanctions (Document No. 11, filed March 26, 2012), for the reasons set forth in the Memorandum dated August 7, 2012, **IT IS ORDERED** as follows:

    1. The judgment of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated January 4, 2012, awarding attorney's fees to appellee under 28 U.S.C. § 1447(c), is **AFFIRMED**.

    2. Appellee's Motion to Dismiss Appeal (Document No. 3, filed March 2, 2012) is **DENIED**.

    3. Appellee's Motion for Sanctions (Document No. 4, filed March 2, 2012) is **DENIED**.

    4. Appellants' Countermotion for Sanctions to Appellee's Motion to Dismiss Appellants'

Appeal (Document No. 12, filed March 27, 2012), is **DENIED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED.**

                                  **BY THE COURT:**

                                  _____/s/ Hon. Jan E. DuBois_____
                                      **JAN E. DUBOIS, J.**